UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMY STORY, CHRISTOPHER M. SOTIR, and JENNY LEA RANDALL, individually, and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> SEFCU, and DOES 1 through 100, <br><br> Defendants. | Civil Case No. 18-cv-00764-MAD-DJS |

**PLAINTIFFS AMY STORY'S, CHRISTOPHER M. SOTIR'S, AND JENNY LEA RANDALL'S NOTICE OF UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND CERTIFICATION OF SETTLEMENT CLASS**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiffs Amy Story, Christopher M. Sotir, and Jenny Lea Randall hereby move this Honorable Court for entry of an Order to: (1) preliminarily approve the Settlement Agreement reached between Plaintiff and Defendant attached as Exhibit 1 to the Declaration of Taras Kick in Support of the Unopposed Motion for Preliminary Approval; (2) approve the proposed plan of notice to the Class; (3) appoint an administrator to provide the notice and administration program outlined in the Settlement Agreement, motion and accompanying memorandum; and (4) set a schedule of dates as set forth in the motion and accompanying memorandum for further action on this Settlement Agreement, including a hearing pursuant to Rule 23(e) of the Federal Rules of Civil Procedure. This motion is made on the grounds that the settlement is the product of arm's-length negotiations by informed counsel

1

and is fair, reasonable, and adequate and should be finally approved. Class Counsel met and conferred with Counsel for Defendant about the motion, and Defendant does not oppose the motion.

This motion is based on this Notice of Motion and Motion, the Memorandum of Points and Authorities in Support Thereof, the accompanying Declaration of Richard McCune, the accompanying Declaration of Taras Kick, the accompanying Declaration of Arthur Olsen, other documents and papers on file in this action, and such other materials as may be presented before or at the hearing on this motion, or as this Honorable Court may allow. This motion shall be returnable on October 6, 2020 at 10:30 a.m., before the Honorable Mae D'Agostino, District Judge, James T. Foley U.S. Courthouse, Suite 509, 445 Broadway, Albany, New York 12207. This Motion shall be taken on submissions only unless otherwise notified by the Court.

Dated: August 23, 2020                                          Respectfully submitted,

*/s/ Taras Kick*
Taras Kick, *Pro Hac Vice*
taras@kicklawfirm.com
**THE KICK LAW FIRM, APC**
815 Moraga Drive
Los Angeles, California 90401
Telephone: (310) 395-2988
Facsimile: (310) 395-2088

Richard D. McCune, *Pro Hac Vice*
rdm@mccunewright.com
Emily J. Kirk, *Pro Hac Vice*
ejk@mccunewright.com
**MCCUNE WRIGHT AREVALO LLP**
3281 East Guasti Road, Suite 100
Ontario, California 91761
Telephone: (909) 557-1250
Facsimile: (909) 557-1275

J. Patrick Lannon, Bar Roll No. 516843
plannon@cherundololawfirm.com
CHERUNDOLO LAW FIRM, PLLC
AXA Tower I, 17th Floor

100 Madison Street
Syracuse, New York 13202
Telephone: (315) 449-9500
Facsimile: (315) 449-9804

Attorneys for Plaintiffs Amy Story,
Christopher M. Sotir, Jenny Lea Randall
and the Putative Class