UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMY STORY, CHRISTOPHER M. SOTIR, and JENNY LEA RANDALL, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SEFCU, and DOES 1 through 100,<br><br>Defendants. | Civil Case No. 18-cv-00764-MAD-DJS |

### PLAINTIFFS AMY STORY'S, CHRISTOPHER M. SOTIR'S, AND JENNY LEA RANDALL'S NOTICE OF UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

     PLEASE TAKE NOTICE that Plaintiffs Amy Story, Christopher M. Sotir, and Jenny Lea Randall hereby move this Honorable Court for entry of an Order: (1) granting final approval of the class action settlement; (2) granting final certification of the Settlement Class; (3) granting Plaintiffs' request for attorney's fees and costs; (4) granting Plaintiffs' request for approval of class administrator expenses; and (5) granting Plaintiffs' request for a service award to the class representative, together with such other and further relief as the Court may deem just and proper.

     This motion is supported by the accompanying Memorandum of Points and Authorities, the accompanying Declaration of Richard McCune, the accompanying Declaration of Taras Kick, the accompanying Declaration of Arthur Olsen, the accompanying Declaration of Amy Story, the accompanying Declaration of Christopher Sotir, the accompanying Declaration of Jenny Lea Randall, the accompanying Declaration of Karen Rogan, the accompanying

Declaration of Robert Weisman, and all other documents and papers on file in this action, and such other materials as may be presented before or at the hearing on this motion, or as this Honorable Court may allow.

This motion shall be returnable on February 9, 2021 at 10:30 a.m., before the Honorable Mae D'Agostino, District Judge, James T. Foley U.S. Courthouse, Suite 509, 445 Broadway, Albany, New York 12207.

Dated: January 6, 2021                                                  Respectfully submitted,

*/s/ Taras Kick*
Taras Kick, *Pro Hac Vice*
taras@kicklawfirm.com
**THE KICK LAW FIRM, APC**
815 Moraga Drive
Los Angeles, California 90401
Telephone:  (310) 395-2988
Facsimile: (310) 395-2088

Richard D. McCune, *Pro Hac Vice*
rdm@mccunewright.com
Emily J. Kirk, *Pro Hac Vice*
ejk@mccunewright.com
**MCCUNE WRIGHT AREVALO LLP**
3281 East Guasti Road, Suite 100
Ontario, California 91761
Telephone:  (909) 557-1250
Facsimile:  (909) 557-1275

J. Patrick Lannon, Bar Roll No. 516843
plannon@cherundololawfirm.com
CHERUNDOLO LAW FIRM, PLLC
AXA Tower I, 17th Floor
100 Madison Street
Syracuse, New York 13202
Telephone: (315) 449-9500
Facsimile: (315) 449-9804

Attorneys for Plaintiffs Amy Story, Christopher M. Sotir, Jenny Lea Randall and the Putative Class